UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED
2005 JAN -4 PM 2:25
LANCE S. WILSON
CLERK
BY: _____ DEPUTY

| | |
|---|---|
| SHUFFLE MASTER, INC., ) | CV-N-04-407-HDM (RAM) |
| ) | |
| Plaintiff(s), ) | MINUTES OF COURT |
| ) | |
| vs. ) | DATE: JANUARY 4, 2005 |
| ) | |
| MP GAMES LLC d/b/a MINDPLAY ) | |
| GAMES, et al., ) | |
| ) | |
| Defendant(s). ) | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>Rosemary Damron</u>    Reporter: <u>None Appearing</u>

Counsel for Plaintiff(s): <u>None Appearing</u>

Counsel for Defendant(s): <u>None Appearing</u>

MINUTE ORDER IN CHAMBERS <u>XXX</u>

A hearing is scheduled for **Monday, February 7, 2005 at 1:30 p.m.** regarding Plaintiff's Motion to Stay Defendants' Patent Infringement Counterclaims (Doc. #54 filed on November 12, 2004).

Mr. Irwin and Mr. Verhoeven have been notified.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _Rosemary Damron_
    Deputy Clerk

100