1  J. Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Brad M. Johnston, Esq.
   Nevada Bar No. 8515
3  HALE LANE PEEK DENNISON and HOWARD
   5441 Kietzke Lane
4  Second Floor
   Reno, Nevada 89511
5  Telephone: (775) 327-3000
   Facsimile: (775) 786-6179
6
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
7    Charles K. Verhoeven (Cal. Bar No. 170151)
     David A. Perlson (Cal. Bar No. 209502)
8    Jennifer A. Kash (Cal. Bar No. 203679)
   50 California Street, 22nd Floor
9  San Francisco, California  94111
   Telephone:    (415) 875-6600
10 Facsimile:    (415) 875-6700

11 Attorneys for Defendants MP Games LLC,
   Robert Mouchou, Alliance Gaming Corp., and
12 Bally Gaming, Inc.

13

14                UNITED STATES DISTRICT COURT

15                     DISTRICT OF NEVADA

16

17 SHUFFLE MASTER, INC.,                    CASE NO. CV-N-04-0407-ECR-(RAM)
   INTERNATIONAL GAME TECHNOLOGY,
18                                          [⌐] **Order Granting Defendants' *Ex
                                            Parte* Motion for a One Week Extension of
19           Plaintiffs,                    Time to Comply with the Court's March 29,
                                            2006 Order to Supplement Document
19      vs.                                 Production**

20
   MP GAMES LLC D/B/A MINDPLAY
21 GAMES; ROBERT MOUCHOU;
   ALLIANCE GAMING CORP. D/B/A
22 BALLY GAMING AND SYSTEMS; BALLY
   GAMING, INC.,
23
             Defendants.
24

25

26         Having considered Defendants' *ex parte* motion for a one week extension of time to

27 comply with the Court's March 29, 2006 order to supplement document production, this Court

28

50838/1863004.1

quinn emanuel

1  hereby grants Defendants' motion and modifies its March 29 order such that the parties must

2  supplement their document production by April 17, 2006 and on a weekly basis thereafter.

3  IT IS SO ORDERED.

4  DATED: _____April 10, 2006_____

   _____
   Judge Robert A. McQuaid

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

quinn emanuel

50838/1863004.1

-2-

[Proposed] Order Granting Defendants' Ex Parte Motion for a One Week Extension of Time to Comply with the Court's March 29, 2006 Order to Supplement Document Production