J. Stephen Peek, Esq.
Nevada Bar No. 1758
speek@halelane.com
Brad M. Johnston, Esq.
Nevada Bar No. 8515
bjohnston@halelane.com
Hale Lane Peek Dennison
  and Howard
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Jennifer A. Kash (Cal. Bar No. 203679)
jenniferkash@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22d Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants MP Games LLC,
Alliance Gaming Corp. and Bally Gaming, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHUFFLE MASTER, INC. and IGT, | CASE NO. CV-N-04-0407-ECR-(RAM) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF RE-FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SHUFFLE MASTER'S CLAIM FOR CORRECTION OF INVENTORSHIP IN COUNTS III THROUGH IX OF THE FIRST AMENDED COMPLAINT** |
| MP GAMES LLC D/B/A MINDPLAY GAMES; ALLIANCE GAMING CORP. D/B/A BALLY GAMING AND SYSTEMS; BALLY GAMING, INC., | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

50838/2235234.1

DEFENDANTS' NOTICE OF RE-FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SHUFFLE MASTER'S CLAIM FOR CORRECTION OF INVENTORSHIP IN COUNTS III THROUGH IX OF THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT Defendants hereby re-file the following reply and supporting documents pursuant and subject to this Court's Order dated June 14, 2007 (Docket No. 817):

| Docket No. | Document Title |
|---|---|
| 750 | Defendants' Reply in Support of Motion for Summary Judgment on Shuffle Master's Claim for Correction of Inventorship in Counts III through IX of the First Amended Complaint |
| 751 | Declaration of Andrea Pallios Roberts in Support of Defendants' Reply in Support of Motion for Summary Judgment on Shuffle Master's Claim for Correction of Inventorship in Counts III through IX of the First Amended Complaint |
| 756 | Defendants' Objections to the Declaration of James T. Carmichael in Support of Plaintiffs' Memoranda in Opposition to Defendants' Eighth Motion for Summary Judgment of Plaintiffs' Counts I-III of Counterclaims for Interference and Defendants' Ninth Motion for Summary Judgment on Shuffle Master's Claim for Correction of Inventorship in Counts III-IX of the First Amended Complaint |
| 758 | Defendants' Objections to the Declaration of Oliver Schubert in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Shuffle Master's Claim for Correction of Inventorship in Counts III through IX of the First Amended Complaint |
| 764 | Defendants' Objections to the Declaration of Christopher Kaiser in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Shuffle Master's Claim for Correction of Inventorship in Counts III through IX of the First Amended Complaint |

50838/2235234.1

-2-
DEFENDANTS' NOTICE OF RE-FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SHUFFLE MASTER'S CLAIM FOR CORRECTION OF INVENTORSHIP IN COUNTS III THROUGH IX OF THE FIRST AMENDED COMPLAINT

1  DATED: September 28, 2007        HALE LANE PEEK DENNISON AND HOWARD

                                    By /s/ David A. Perlson
                                       J. Stephen Peek, Esq.
                                       Nevada Bar No. 1758
                                       Brad M. Johnston, Esq.
                                       Nevada Bar No. 8515
                                       HALE LANE PEEK DENNISON and HOWARD
                                       5441 Kietzke Lane
                                       Second Floor
                                       Reno, Nevada 89511
                                       Telephone: (775) 327-3000
                                       Facsimile: (775) 786-6179

                                       Charles K. Verhoeven (Cal. Bar No. 170151)
                                       David A. Perlson (Cal. Bar No. 209502)
                                       Jennifer A. Kash (Cal. Bar No. 203679)
                                       QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
                                       50 California Street, 22nd Floor
                                       San Francisco, California  94111
                                       Telephone: (415) 875-6600
                                       Facsimile: (415) 875-6700

                                       Attorneys for Defendants MP Games LLC,
                                       Alliance Gaming Corp., and Bally Gaming, Inc.

50838/2235234.1

-3-
DEFENDANTS' NOTICE OF RE-FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SHUFFLE MASTER'S CLAIM FOR CORRECTION OF INVENTORSHIP IN COUNTS III THROUGH IX OF THE FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California, 94111.

On **September 28, 2007**, I served true copies of the following document(s) described as**:**

**DEFENDANTS' NOTICE OF RE-FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SHUFFLE MASTER'S CLAIM FOR CORRECTION OF INVENTORSHIP IN COUNTS III THROUGH IX OF THE FIRST AMENDED COMPLAINT**

**SEE ATTACHED LIST**

**VIA COURT'S ECF SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 28, 2007**, at San Francisco, California.


/s/ Katherine H. Bennett
Katherine H. Bennett

50838/2235234.1

**SERVICE LIST**

By ECF notice:

Barry Irwin
Michael P. Bregenzer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Telephone: 312-861-2000
Facsimile: 312-861-2200
Facsimile: 312-660-9778

By ECF notice:

Wayne Shaffer
Laxalt & Nomura
9600 Gateway Drive
Reno, NV 89521

Telephone: 775-322-1170
Facsimile: 775-322-1865