UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHUFFLE MASTER, INC. AND IGT,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MP GAMES LLC D/B/A MINDPLAY GAMES;  ALLIANCE GAMING CORP. D/B/A BALLY GAMING AND SYSTEMS; BALLY GAMING, INC.,<br><br>　　　　Defendants. | CASE NO. CV-N-04-0407-ECR-(RAM)<br><br>**Final Judgment** |

　　1.　　It is hereby ORDERED, ADJUDGED AND DECREED that: Count VII for infringement of U.S. Patent No. 6,530,836 and Count VIII for infringement of U.S. Patent No. 6,530,837 in Defendants' Answer, Affirmative Defenses, and Counterclaims to First Amended Complaint for Patent Infringement are DISMISSED WITH PREJUDICE as to those accused products with optical bet recognition as identified in Defendants' Fourth Amended Responses and Objections to Shuffle Master's Second Set of Interrogatories to Alliance Gaming Corp. and Bally Gaming, Inc. (Interrogatory No. 6) and the June 30, 2006 Expert Report of Dr. Trevor Darrell Regarding Infringement of Bally's Patents. This does not include any other products referred to as the/an Intelligent Table System or "ITS" other than those products specifically referenced in the documents cited herein.

1    2.    Plaintiffs' affirmative defenses and counterclaims related to Defendants'
2    Counterclaims are DISMISSED WITHOUT PREJUDICE.
3    3.    In accordance with the Court's Order of March 21, 2008, FINAL JUDGMENT in
4    this action is granted on that Order and in favor of Defendants on Plaintiffs' Claim of
5    Infringement of U.S. Patent No. 5,781,647; in favor of Defendants on Plaintiffs' Claim of
6    Infringement of U.S. Patent No. 6,313,871; in favor of Defendants on Shuffle Master's
7    Counterclaims for Correction of Inventorship for United States Patent Nos. 6,517,436, 6,520,857,
8    6,527,271, 6,530,836, 6,579,180, 6,579,181, and 6,712,696; and in favor of Plaintiffs on
9    Defendants' Counterclaims of Infringement of U.S. Patent Nos. 6,517,436 and 6,520,857.
10   4.    This Final Judgment finally adjudicates all remaining claims, rights and liabilities
11   in the above entitled action.

DATED: July 1, 2008

_Edward C. Reed_
United States District Court Judge